JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY RIOS, an individual; EDWARD DAVIS, an individual; and CHERYL THURSTON, an individual, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WOLFGANG PUCK WORLDWIDE, INC., a Delaware corporation; and DOES 1 – 10, inclusive,<br><br>Defendants. | Case No. 8:17-cv-01644-JLS-JDE<br>Judge: Hon. Josephine L. Staton<br><br>**ORDER OF DISMISSAL**<br><br>Filed: September 20, 2017<br>Trial date: Not assigned |

The Court, having considered the parties' Joint Stipulation for Dismissal Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, GRANTS the dismissal. Plaintiff has properly submitted an analysis of the *Diaz* factors and included a copy of the settlement agreement. Plaintiff's analysis of the *Diaz* factors weighs in favor of dismissal. Accordingly, the Court GRANTS the voluntary dismissal WITH PREJUDICE as to Plaintiff's individual claims and WITHOUT PREJUDICE as to the putative class's claims. Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: February 02, 2018

_____
The Honorable Josephine L. Staton
United States District Court Judge

- 1 -